IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02733-RPM

BERT D. RAMSEY,

     Plaintiff,

v.

THE UNITED STATES,

     Defendant.

___

ORDER SETTING SCHEDULING CONFERENCE
___

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **March 11, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 3, 2011.**

     The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

     Dated:   January 11th, 2011

                                                           BY THE COURT:

                                                           s/Richard P. Matsch
                                                           _____
                                                           Richard P. Matsch, Senior District Judge