IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02733-CBS-MJW

BERT D. RAMSEY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

---

**MINUTE ORDER** ( Docket No. 16 )

---

This matter comes before the Court on Defendant's Unopposed Motion to Vacate Settlement Conference (Doc. 16). For the reasons stated in the motion, the July 15, 2011, Settlement Conference is vacated. (*)

Dated this 20th day of June, 2011.

(*) The parties may request that the Settlement Conference be Reset by motion.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

MJW 6-20-11