IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-02733-CBS-MJW

BERT D. RAMSEY,
    Plaintiff,
v.

THE UNITED STATES,
    Defendant.

_____

ORDER ON STIPULATION OF DISMISSAL
_____

This civil action comes before the court on the parties' "Stipulation of Dismissal" (filed October 17, 2011) (Doc. # 21). On February 15, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 7). The court now being sufficiently advised in the premises, IT IS ORDERED that:

1.    The parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his or its own attorney fees and costs.

2.    All deadlines and settings, including the Final Pretrial Conference set for January 12, 2012 at 10:00 a.m. and the trial to the court set for March 12, 2012 at 9:00 a.m., are hereby VACATED.

DATED at Denver, Colorado, this 17th day of October, 2011.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge